**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ANGEL TEJADA, JR.,**         ) | Case No. EDCV12-766 DMG (AJW) |
|         **Plaintiff,**         ) | |
|                                 ) | **ORDER ACCEPTING REPORT** |
|     **v.**                        ) | **AND RECOMMENDATION OF** |
|                                 ) | **MAGISTRATE JUDGE** |
| **CAROLYN W. COLVIN,**         ) | |
| **Acting Commissioner of Social Security,** ) | |
|                                 ) | |
|         **Defendant(s).**         ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report").  No objections to the Report have been filed within the time allowed.  Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED:  December 29, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE