UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANGEL TEJADA, JR., | ) |
| Plaintiff, | ) Case No. EDCV 12-766 DMG (AJW) |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commisisoner of Social Security, | ) J U D G M E N T |
| Defendant. | ) |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: December 29, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE